

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00499-CR

Fausto Abraham **QUINONEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 89th District Court, Wichita County, Texas
Trial Court No. 52,103-C
The Honorable Mark T. Price, Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  August 14, 2013

DISMISSED

Fausto Abraham Quinonez has filed a motion to dismiss this appeal. The motion is signed by both Quinonez and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH